# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **QOMMERCE SYSTEMS, LLC,**<br><br>                     Plaintiff,<br><br>   v.<br><br>**PC CONNECTION, INC.,**<br><br>                     Defendant. | Case No. 6:14-cv-120<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Qommerce Systems, LLC ("Qommerce") and Defendant PC Connection, Inc. ("PC Connection") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims by Qommerce against PC Connection made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Qommerce respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: October 24, 2014                    Respectfully submitted,

                                            */s/ Craig Tadlock*
                                           Craig Tadlock
                                           State Bar No. 00791766
                                           John J. Harvey, Jr.
                                           State Bar No. 09179770
                                           Keith Smiley
                                           State Bar No. 24067869
                                           **TADLOCK LAW FIRM PLLC**
                                           2701 Dallas Parkway, Suite 360
                                           Plano, Texas 75093

903-730-6789<br>
craig@tadlocklawfirm.com<br>
john@tadlocklawfirm.com<br>
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Qommerce Systems, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 24, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the relief requested in this motion. Accordingly, this motion is an agreed motion.

　*/s/ John J. Harvey, Jr.*
John J. Harvey, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of October, 2014.

　*/s/ Craig Tadlock*
Craig Tadlock