**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **QOMMERCE SYSTEMS, LLC,**<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>**PC CONNECTION, INC.,**<br><br>　　　　　　　　　　Defendant. | Case No. 6:14-cv-120<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Qommerce Systems, LLC ("Qommerce"), and agreed to by Defendant PC Connection, Inc. ("PC Connection"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by Qommerce against PC Connection are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 27th day of October, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE